**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00198-CR

**CHRISTOPHER BRIAN CHOATE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86254-2013**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this case **INSTANTER**.


/s/     ELIZABETH LANG-MIERS
JUSTICE